STATE of Missouri, Plaintiff/Respondent,

v.

James DOBBS, Defendant/Appellant.

No. 72987.

Missouri Court of Appeals, Eastern District, Division One.

Sept. 22, 1998.

Craig A. Johnston, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Meghan J. Stephens, Asst. Atty. Gen., Jefferson City, for respondent.

Before PUDLOWSKI, P.J., and CRANDALL and AHRENS, JJ.

### ORDER

PER CURIAM.

James Dobbs appeals his jury tried conviction of one count of felonious driving while intoxicated, Section 577.010 RSMo 1994. He was sentenced to five years imprisonment in the Missouri Department of Corrections.

We have read the briefs and reviewed the legal file and transcript. We find no error of law and no jurisprudential purpose will be served by an extended written opinion. Judgment affirmed in accordance with Rule 30.25(b).